**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* ____________

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☒ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Peggy<br>First name<br>Ann<br>Middle name<br>Giegucz<br>Last name and Suffix (Sr., Jr., II, III) | First name<br>Middle name<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | xxx-xx-0595 | |

Debtor 1 Peggy Ann Giegucz Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | 4020 Kleber Street<br>Pittsburgh, PA 15212<br>Number, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br>Number, Street, City, State & ZIP Code |
| | Allegheny<br>County | County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 Peggy Ann Giegucz Case number *(if known)*

**Part 2: Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☒ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.

☒ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh) | When | 11/1/25 | Case number | 25-22970-GLT |
| District | WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh) | When | 12/2/17 | Case number | 17-24884-TPA |
| District | See Attachment | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | | | | Relationship to you | |
| District | | When | | Case number, if known | |
| Debtor | | | | Relationship to you | |
| District | | When | | Case number, if known | |

**11. Do you rent your residence?**

☒ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 Peggy Ann Giegucz Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1 Peggy Ann Gieguсz Case number *(if known)*

**Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 Peggy Ann Giegucz Case number *(if known)*

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Peggy Ann Giegucz
Peggy Ann Giegucz
Signature of Debtor 1

Signature of Debtor 2

Executed on August 26, 2026
MM / DD / YYYY

Executed on
MM / DD / YYYY

Debtor 1 Peggy Ann Giegucz Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Lauren M. Lamb
Signature of Attorney for Debtor

Date August 26, 2026
MM / DD / YYYY

Lauren M. Lamb 209201
Printed name

Steidl & Steinberg, PC
Firm name

436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
Number, Street, City, State & ZIP Code

Contact phone (412) -39-1-80x00 Email address llamb@steidl-steinberg.com

209201 PA
Bar number & State

**Fill in this information to identify your case:**

Debtor 1 Peggy Ann Giegucz
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing)
First Name Middle Name Last Name

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number
(if known)

☐ Check if this is an amended filing

# FORM 101. VOLUNTARY PETITION

## Prior Bankruptcy Cases Filed Attachment

| District | Case Number | Date Filed |
|---|---|---|
| WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh) | 25-22970-GLT | 11/1/25 |
| WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh) | 17-24884-TPA | 12/2/17 |
| WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh) | 25-22316-GLT | 8/29/25 |

Affirm / Cross River Bank
885 Teaneck Road
Teaneck, NJ 07666

Affirm Inc
Attn: Bankruptcy
650 California St Fl 12
San Francisco, CA 94108-2716

Affirm Inc
650 California St
Fl 12
San Francisco, CA 94108-2716

Affirm Inc
Attn: Bankruptcy
650 California St Fl 12
San Francisco, CA 94108-2716

Affirm Inc
Attn: Bankruptcy
650 California St Fl 12
San Francisco, CA 94108-2716

Affirm Inc
Attn: Bankruptcy
650 California St Fl 12
San Francisco, CA 94108-2716

Affirm Inc
650 California St
Fl 12
San Francisco, CA 94108-2716

Affirm Inc
650 California St
Fl 12
San Francisco, CA 94108-2716

Best Egg
1523 Concord Pike
Suite 201
Wilmington, DE 19803

Best Egg
1523 Concord Pike
Suite 201
Wilmington, DE 19803

Capital One
AttN: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One
AttN: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
AttN: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One
Attn: Bankruptcy
PO VBox 30285
Salt Lake City, UT 84130

Capital One NA by AIS InfoSource LP as a
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

Capital One NA by AIS InfoSourse
PO Box 71083
Charlotte, NC 28272

Cb/wayfair
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125

Cb/wayfair
PO Box 182789
Columbus, OH 43218-2789

Cb/wmnwthn
Attn: Bamkruptcy
PO Box 182125
Columbus, OH 43218-2125

Cb/wmnwthn
PO Box 182789
Columbus, OH 43218-2789

Ccb/zalescc
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125

Ccb/zalescc
PO Box 182120
Columbus, OH 43218-2120

Consumer Portfolio Service
19500 Jamboree Road
Irvine, CA 92612

Consumer Portfolio Services
P.O. Box 57071
Irvine, CA 92619-7071

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-1268

Cross River Bank
400 Kelby Street
14th Floor
Fort Lee, NJ 07024

Cross River Bank
13146 Ballaantyne Corporate Pl,
10th Floor
Charlotte, NC 28277

Duquesne Light
c/o Keri Ebeck Bernstein Law Office
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

Duquesne Light
411 Seveneth Avenue
Pittsburgh, PA 15230

Federal Home Loan Mortgage Corporation
c/o Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165

Federal Home Loan Select Portfolio Serv.
3217 S. Decker lake drive
West Valley City, UT 84119

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107-0145

GRB Law
525 William Penn Place Suite 3110
Pittsburgh, PA 15219

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kayleigh Zeron, Esq.
133 Gaither Drive, Suite F
Mount Laurel, NJ 08054

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

Lead Bank
1801 Main Street
Kansas City, MO 64108

Lendmark Financial Service
2118 Usher St. NW
Covington, GA 30014

LVNV Funding
c/o Resurgent Capital Services
PO Box 1269
Greenville, SC 29602

MIdland Credit Management
350 Camino de la Reina
San Diego, CA 92108

MIdland Credit mgm
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

Onemain
PO Box 1010
Evansville, IN 47706-1010

Onemain
PO Box 1010
Evansville, IN 47706-1010

PA Attorney General
16th Floor
Strawberry Square
Harrisburg, PA 17120

PA Department of Rebvenue
1 Revenue Place
Harrisburg, PA 17129-0001

Pittsburgh Water and Sewer Authority
1200 Penn Avenue
Pittsburgh, PA 15222

PNC Bank, NA
PO Box 5570
Cleveland, OH 44101

PNC Bank, National Association
Bankruptcy Department
3232 Newmark Drive
Miamisburg, OH 45342

PNC Bank, National Association
One PNC Plaza
249 Fifth Avenue
Pittsburgh, PA 15222

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

Resurgent Capital Services
PO box 10587
Greenville, SC 29603

Resurgent Capital Services
PO Boxes 10587
Greenville, SC 29603

Robertson, Anschutz, Schneid, Crane
Partners PLLC
133 Gaither Drive, Suite F
Mount Laurel, NJ 08054

Spring Oaks Capital LLC
PO box 1216
Chesapeake, VA 23327

Spring Oaks Capital Spv, LLC
PO Box 1216
Chesapeake, VA 23327

Synchrony/Paypal
PO Box 71727
Philadelphia, PA 19176

Synchrony/Paypal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896

T-Mobile by AIS Infosource, LP as agent
4515 N. Santa Fe Avenus
Oklahoma City, OK 73118

The Bank of Missouri
2700 S. Lorraine Place
Sioux Falls, SD 57106

The Bank of Missouri
PO Box 85710
Sioux Falls, SD 57118

The Bank of Missouri
960 S. Bishop Ave.
Rolla, MO 65401

The Bank of Missouri
PO Box 1216
Chesapeake, VA 23327

US Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

US Attorney's Office WDPA
Joseph F. Weis, Jr. US Courthouse
700 Grant Street Suite 4000
Pittsburgh, PA 15219

US Attorney's Office WDPA
Joseph F. Weis, Jr. US Courthouse
700 Grant Street Suite 4000
Pittsburgh, PA 15219

Wells Fargo Bank
PO Box 393
Minneapolis, MN 55480

Wfbna Card
Attn: Bankruptcy
PO Box 393
Minneapolis, MN 55480-0393

Wfbna Card
PO Box 393
Minneapolis, MN 55480-0393

WH Berkley
601 Grant Street, 9th Floor
Pittsburgh, PA 15219