**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Peggy Ann Giegucz CHAPTER 13

Debtor(s)

BKY. NO. 26-22381 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

Respectfully submitted,

/s/Matthew Fissel
Matthew Fissel
04 Sep 2026, 21:09:52, EDT

Matthew Fissel, Esq. (314567)
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: e02c7f530dec4b9ad0cdfa1d7de3a93139c60e3ad1835c2ea02d154d75b047f3