# <u>Peggy A. Giegucz</u>

# Proof of Income
# Filed pursuant to rule 1007-4

# 26-22381-GLT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Peggy A. Giegucz, | ) | Case No. 26-22381 |
| *Debtor* | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |

**<u>VERIFICATION REGARDING INCOME</u>**

I, Peggy A. Giegucz, hereby certify that I receive $2,717.00 in Social Security Disability which is the only income I have received in the last 6 months.

I was not required to file taxes for the years 2024 and 2025.

| | |
|---|---|
| __9/8/2026______________ | /s/ Peggy A. Giegucz__________ |
| DATE | Peggy A. Giegucz |