| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Peggy Ann Giegucz<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–0595<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: | 13 8/26/26 |
| Case number: | 26–22381–GLT | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's full name** | Peggy Ann Giegucz | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 4020 Kleber Street<br>Pittsburgh, PA 15212 | |
| **4. Debtor's attorney**<br>Name and address | Lauren M. Lamb<br>Steidl & Steinberg, P.C.<br>436 7th Ave.<br>Koppers Building<br>Suite 322<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br>Email: llamb@steidl–steinberg.com |
| **5. Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br>Email: cmecf@chapter13trusteewdpa.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br>Contact phone 412–644–2700<br>Date: 9/9/26 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 9, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861** For additional information, go to: https://www.justice.gov/ust/moc |

**8. Deadlines**
The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**Deadline to file a complaint to challenge dischargeability of certain debts:** **Filing deadline: 1/8/27**

**You must file:**
- a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or
- a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).

**Deadline for all creditors to file a proof of claim (except governmental units):** **Filing deadline: 11/4/26**

**Deadline for governmental units to file a proof of claim:** **Filing deadline: 2/22/27**

**Deadlines for filing proof of claim:**
A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.
If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.
Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to object to exemptions:** **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**9. Filing of plan, objections and hearing**

The debtor has filed a plan, which is attached. An initial meeting on confirmation will be held by the chapter 13 trustee and will be held immediately following the meeting of creditors on:
**11/9/26** at **10:00 AM** , Location: **Same location as the Meeting of Creditors.**

Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues.

| | |
|---|---|
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 26-22381-GLT
Peggy Ann Giegucz Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 5
Date Rcvd: Sep 09, 2026 Form ID: 309iPGH Total Noticed: 73

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peggy Ann Giegucz, 4020 Kleber Street, Pittsburgh, PA 15212-1518 |
| aty | + | George W. Fitting, WH Burkley, LLP, 601 Grant St., Fl. 9, Pittsburgh, PA 15219-4430 |
| aty | + | Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16706714 | + | Cross River Bank, 13146 Ballaantyne Corporate Pl,, 10th Floor, Charlotte, NC 28277-5040 |
| 16706715 | + | Duquesne Light, c/o Keri Ebeck Bernstein Law Office, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16706716 | | Duquesne Light, 411 Seveneth Avenue, Pittsburgh, PA 15230 |
| 16706718 | + | Federal Home Loan Select Portfolio Serv., 3217 S. Decker lake drive, West Valley City, UT 84119-3284 |
| 16706723 | + | Kayleigh Zeron, Esq., 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 16706732 | + | PA Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 16706734 | + | Pittsburgh Water and Sewer Authority, 1200 Penn Avenue, Pittsburgh, PA 15222-4216 |
| 16706746 | + | T-Mobile by AIS Infosource, LP as agent, 4515 N. Santa Fe Avenus, Oklahoma City, OK 73118-7901 |
| 16706757 | + | WH Berkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: llamb@steidl-steinberg.com | Sep 10 2026 02:16:00 | Lauren M. Lamb, Steidl & Steinberg, P.C., 436 7th Ave., Koppers Building, Suite 322, Pittsburgh, PA 15219 |
| aty | + | Email/Text: RASEBN@raslg.com | Sep 10 2026 02:17:00 | Robert Shearer, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Sep 10 2026 02:17:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | Sep 10 2026 06:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 10 2026 06:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Sep 10 2026 02:17:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 10 2026 02:17:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 16706686 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 10 2026 02:19:24 | Affirm Inc, Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16706687 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 10 2026 02:19:25 | Affirm Inc, 650 California St, Fl 12, San |

| | | | | |
|---|---|---|---|---|
| | | | | Francisco, CA 94108-2716 |
| 16706693 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 10 2026 02:19:41 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 16706685 | | Email/Text: vbacchas@crossriverbank.com | Sep 10 2026 02:17:00 | Affirm / Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 16706713 | | Email/Text: vbacchas@crossriverbank.com | Sep 10 2026 02:17:00 | Cross River Bank, 400 Kelby Street, 14th Floor, Fort Lee, NJ 07024 |
| 16706695 | | EDI: CAPITALONE.COM | Sep 10 2026 06:11:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16706701 | + | EDI: CAPITALONE.COM | Sep 10 2026 06:11:00 | Capital One, Attn: Bankruptcy, PO VBox 30285, Salt Lake City, UT 84130-0285 |
| 16706696 | | EDI: CAPITALONE.COM | Sep 10 2026 06:11:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16713561 | | EDI: CAPITALONE.COM | Sep 10 2026 06:11:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16706702 | + | EDI: AIS.COM | Sep 10 2026 06:11:00 | Capital One NA by AIS InfoSource LP as a, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 16706703 | + | EDI: CAPITALONE.COM | Sep 10 2026 06:11:00 | Capital One NA by AIS InfoSourse, PO Box 71083, Charlotte, NC 28272-1083 |
| 16706705 | | EDI: WFNNB.COM | Sep 10 2026 06:11:00 | Cb/wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 16706704 | | EDI: WFNNB.COM | Sep 10 2026 06:11:00 | Cb/wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 16706707 | | EDI: WFNNB.COM | Sep 10 2026 06:11:00 | Cb/wmnwthn, PO Box 182789, Columbus, OH 43218-2789 |
| 16706706 | | EDI: WFNNB.COM | Sep 10 2026 06:11:00 | Cb/wmnwthn, Attn: Bamkruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 16706708 | | EDI: WFNNB.COM | Sep 10 2026 06:11:00 | Ccb/zalescc, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 16706709 | | EDI: WFNNB.COM | Sep 10 2026 06:11:00 | Ccb/zalescc, PO Box 182120, Columbus, OH 43218-2120 |
| 16706710 | + | Email/Text: bankruptcy@consumerportfolio.com | Sep 10 2026 02:17:00 | Consumer Portfolio Service, 19500 Jamboree Road, Irvine, CA 92612-2437 |
| 16706711 | | Email/Text: bankruptcy@consumerportfolio.com | Sep 10 2026 02:17:00 | Consumer Portfolio Services, P.O. Box 57071, Irvine, CA 92619-7071 |
| 16706712 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 10 2026 02:19:23 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 16706717 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 10 2026 02:18:00 | Federal Home Loan Mortgage Corporation, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 16706719 | | EDI: AMINFOFP.COM | Sep 10 2026 06:11:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 16706720 | + | Email/Text: ebnjts@grblaw.com | Sep 10 2026 02:17:00 | GRB Law, 525 William Penn Place Suite 3110, Pittsburgh, PA 15219-1753 |
| 16706721 | | EDI: IRS.COM | Sep 10 2026 06:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16706724 | ^ | MEBN | Sep 10 2026 02:14:03 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16706725 | | Email/Text: bankruptcies@lead.bank | Sep 10 2026 02:16:00 | Lead Bank, 1801 Main Street, Kansas City, MO 64108 |

| | | | | |
|---|---|---|---|---|
| 16706726 | | Email/Text: bk@lendmarkfinancial.com | Sep 10 2026 02:16:00 | Lendmark Financial Service, 2118 Usher St. NW, Covington, GA 30014 |
| 16706727 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2026 02:19:24 | LVNV Funding, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 16706728 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 10 2026 02:17:00 | MIdland Credit Management, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 16706729 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 10 2026 02:17:00 | MIdland Credit mgm, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 16706730 | | EDI: AGFINANCE.COM | Sep 10 2026 06:11:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 16706733 | | EDI: PENNDEPTREV | Sep 10 2026 06:11:00 | PA Department of Rebvenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 16706735 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 10 2026 02:17:00 | PNC Bank, NA, PO Box 5570, Cleveland, OH 44101 |
| 16706736 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 10 2026 02:17:00 | PNC Bank, National Association, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 16706737 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 10 2026 02:17:00 | PNC Bank, National Association, One PNC Plaza, 249 Fifth Avenue, Pittsburgh, PA 15222 |
| 16706738 | | EDI: Q3G.COM | Sep 10 2026 06:11:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16708633 | | EDI: Q3G.COM | Sep 10 2026 06:11:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16706740 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2026 02:19:24 | Resurgent Capital Services, PO Boxes 10587, Greenville, SC 29603-0587 |
| 16706739 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2026 02:19:43 | Resurgent Capital Services, PO box 10587, Greenville, SC 29603-0587 |
| 16706741 | + | Email/Text: RASEBN@raslg.com | Sep 10 2026 02:17:00 | Robertson, Anschutz, Schneid, Crane, Partners PLLC, 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 16706742 | | Email/Text: bankruptcy@springoakscapital.com | Sep 10 2026 02:16:00 | Spring Oaks Capital LLC, PO box 1216, Chesapeake, VA 23327 |
| 16706743 | | Email/Text: bankruptcy@springoakscapital.com | Sep 10 2026 02:16:00 | Spring Oaks Capital Spv, LLC, PO Box 1216, Chesapeake, VA 23327 |
| 16706744 | + | EDI: SYNC | Sep 10 2026 06:11:00 | Synchrony/Paypal, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16706745 | + | EDI: SYNC | Sep 10 2026 06:11:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 16706750 | ^ | MEBN | Sep 10 2026 02:14:24 | The Bank of Missouri, PO Box 1216, Chesapeake, VA 23327-1216 |
| 16706749 | + | Email/Text: nlorenz@bankofmissouri.com | Sep 10 2026 02:17:00 | The Bank of Missouri, 960 S. Bishop Ave., Rolla, MO 65401-4415 |
| 16706748 | + | EDI: TCISOLUTIONS.COM | Sep 10 2026 06:11:00 | The Bank of Missouri, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 16706747 | + | EDI: TCISOLUTIONS.COM | Sep 10 2026 06:11:00 | The Bank of Missouri, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 16706751 | ^ | MEBN | Sep 10 2026 02:13:52 | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 16706752 | + | Email/Text: jill.locnikar@usdoj.gov | Sep 10 2026 02:17:00 | US Attorney's Office WDPA, Joseph F. Weis, Jr. US Courthouse, 700 Grant Street Suite 4000, Pittsburgh, PA 15219-1956 |

| | | | | |
|---|---|---|---|---|
| 16706754 | + | EDI: WFFC2 | Sep 10 2026 06:11:00 | Wells Fargo Bank, PO Box 393, Minneapolis, MN 55480-0393 |
| 16706756 | | EDI: WFFC2 | Sep 10 2026 06:11:00 | Wfbna Card, PO Box 393, Minneapolis, MN 55480-0393 |
| 16706755 | | EDI: WFFC2 | Sep 10 2026 06:11:00 | Wfbna Card, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 60

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 16706688 | * | Affirm Inc, Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16706689 | * | Affirm Inc, Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16706690 | * | Affirm Inc, Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16706691 | * | Affirm Inc, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16706692 | * | Affirm Inc, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16706694 | *+ | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 16706697 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16706698 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16706699 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16706700 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16706722 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16706731 | * | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 16706753 | *+ | US Attorney's Office WDPA, Joseph F. Weis, Jr. US Courthouse, 700 Grant Street Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 1 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George W. Fitting | on behalf of Creditor Duquesne Light Company gfitting@bernsteinlaw.com gfitting@ecf.courtdrive.com,aporter@bernsteinlaw.com,agilbert@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Peggy Ann Giegucz llamb@steidl-steinberg.com julie.steidl@steidl-steinberg.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com; bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;ken.steidl@steidl-steinberg.com |
| Matthew Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
on behalf of Creditor Federal Home Loan Mortgage Corporation rshearer@raslg.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6